NOL
FILED

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia

*ALEXANDRIA* Division

2018 JUL -6 P 12: 20

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Ricky Nelson Sims | ) | Case No. 1:18CV842 -AJT-JFA |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| **Plaintiff(s)** | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| Sky Chefs, Inc.   LSG | ) | |
| ~~GT Corporation System~~ | ) | |
| | ) | |
| **Defendant(s)** | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Ricky Nelson Sims |
| Street Address | 1217 Chase Heritage Circle, Apt# 204 |
| City and County | Sterling, Loudoun, County |
| State and Zip Code | Virginia 20164 |
| Telephone Number | 301-204-3318 |
| E-mail Address | ricksims0106@outlook.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Sky Chefs, Inc. |
| Job or Title *(if known)* | ~~GT Corporation System~~ <del>4942</del> |
| Street Address | 4701 Cox Road, Suite 285 |
| City and County | Glen Allen Henrico County |
| State and Zip Code | Virginia 23060 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | LSG, Sky Chefs, Inc. |
| Street Address | 45051 Compass Court |
| City and County | Dulles, Loudoun, County |
| State and Zip Code | Virginia 20166 |
| Telephone Number | (571) 234-5120 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Other federal law *(specify the federal law)*:

Title VII of the Civil Rights Act of 1964. (Retaliation)

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)
November 05, 2015 Through January 03, 2017

C.     I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☑ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☑ age *(year of birth)*     1961     *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*
_____

E.     The facts of my case are as follows.  Attach additional pages if needed.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

   October 17, 2017

B.    The Equal Employment Opportunity Commission *(check one)*:

   ☐   has not issued a Notice of Right to Sue letter.

   ☑   issued a Notice of Right to Sue letter, which I received on *(date)*   04/07/2018   .

   *(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☐   60 days or more have elapsed.

   ☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Defendant(s) be directed to Reinstate Plaintiff.
- Money damages (list amounts) All back and front pay plus $300,000.00 in compensatory damages.
- Cost and fees involved in litigating this case.
- Such other relief as may be appropriate.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    JULY 06, 2018

Signature of Plaintiff    *Ricky Nelson Sims*

Printed Name of Plaintiff    RICKY NELSON SIMS

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

Ricky Nelson Sims
_____

(Print your full name)

                        Plaintiff *pro se*,

      v.

Sky Chefs, Inc.
_____

~~CT Corporation System~~ ꝚꜼᴧ

_____

(Print full name of each defendant; an
employer is usually the defendant)

                    Defendant(s).

CIVIL ACTION FILE NO.

_____

(to be assigned by Clerk)

### *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.    This employment discrimination lawsuit is brought under (check only those that apply):

        __X__        Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e <u>et</u> <u>seq.</u>, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

                        **NOTE:**  To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

    _X_        Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

                            **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

    _____        Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

                            **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

    _____        Other (describe) _____

_____

_____

_____

_____

_____

2.     This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## **Parties**

3.   Plaintiff.   Print your full name and mailing address below:

Name        Ricky Nelson Sims

Address        1217 Chase Heritage Circle, Apt# 204

Sterling, Virginia 20164

4.   Defendant(s).   Print below the name and address of each defendant listed
on page 1 of this form:

Name        Sky Chefs, Inc. ~~CT Corporation System~~ LSAS

Address        4701 Cox Road, Suite 285

Glen Allen, Virginia 23060

Name        _____

Address        _____

_____

Name        _____

Address        _____

_____

## **Location and Time**

5.   If the alleged discriminatory conduct occurred at a location <u>different</u> from the
address provided for defendant(s), state where that discrimination occurred:

LSG Sky Chefs

45051 Compass Court Dulles, Virginia 20166

6. When did the alleged discrimination occur?  (State date or time period)

   November 05, 2015 through January 03, 2017

### **Administrative Procedures**

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?      __X__ Yes      _____ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   __X__ Yes      _____ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: April 07, 2018

9. If you are suing for **age discrimination**, check one of the following:

   __X__      60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _____      Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Virginia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Virginia Commission on Equal Opportunity?

_____ Yes _____ No ___X___ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Virginia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes _____ No ___X___ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## **Nature of the Case**

12.    The conduct complained about in this lawsuit involves (check only those that apply):

     _____    failure to hire me
     _____    failure to promote me
     _____    demotion
     _____    reduction in my wages
     ___X___   working under terms and conditions of employment that differed from similarly situated employees
              harassment
     ___X___   retaliation
     ___X___   termination of my employment
     _____    failure to accommodate my disability
     _____    other (please specify) _____

                  _____

13.    I believe that I was discriminated against because of (check only those that apply):

     ___X___   my race or color, which is _African-American_____
     _____    my religion, which is _____
     _____    my sex (gender), which is ____ male ____ female
     _____    my national origin, which is _____
     ___X___   my age (my date of birth is _January 06, 1961_____)
     _____    my disability or perceived disability, which is:

                  _____

     ___X___   my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

     _____    other (please specify) _____

                  _____

14.  Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved.  Include any facts which show that the actions you are complaining about were discriminatory or retaliatory.  Take time to organize your statements; you may use numbered paragraphs if you find that helpful.  Do not make legal arguments or cite cases or statutes.

SEE ATTACHMENT

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff _____ still works for defendant(s)
    __X__ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? _____ Yes _____ No __X__ NA

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial? __X__ Yes _____ No

## **Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

__X__ Defendant(s) be directed to _Reinstate Plaintiff_____

__X__ Money damages (list amounts) _All back and front pay plus $300,000.00_
    _in compensatory damages._____

__X__ Costs and fees involved in litigating this case

__X__ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __6TH__ day of __JULY__ _____, 20 _18_

_____
(Signature of plaintiff *pro se*)

__RICKY NELSON SIMS__
(Printed name of plaintiff *pro se*)

__1217 Chase heritage Circle, Apt#204__
(street address)

__Sterling, Virginia 20164__
(City, State, and zip code)

__ricksims0106 @outlook.com__
(email address)

__301-204-3318__
(telephone number)

Page 9 of 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
_____ DIVISION

RICKY NELSON SIMS
_____
Plaintiff(s),

v.

SKYE CHIEFS, For ".
CT CORPORATION SYSTEM  RNG
_____
Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of DISCRIMINATION COMPLAINT
**(Title of Document)**

RICKY NELSON SIMS
Name of *Pro Se* Party (Print or Type)

*Ricky Nelson Sims*
Signature of *Pro Se* Party

Executed on: July 06, 2018  (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)