UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICKY NELSON SIMS,<br><br>    Plaintiff,<br><br>V.<br><br>SKY CHEFS, INC.,<br><br>    Defendant. | 1:18-cv-00842 |

### AGREED FINAL JUDGMENT

Before the Court is the parties' Joint Stipulation of Dismissal. Having considered the motion,

IT IS ORDERED that

1. THIS IS A FINAL JUDGMENT dismissing all claims in this case with PREJUDICE.

2. The parties will bear their own attorney's fees and costs.

Signed this June 27th day of 2019.

_____
Anthony J. Trenga
United States District Judge
JUDGE PRESIDING